**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW MEXICO**

JOSE MIGUEL RUIZ,

Plaintiff,

v. No. 25-cv-787-KG-GJF

DONA ANA COUNTY DETENTION CENTER,

Defendant.

**ORDER TO CURE DEFICIENCIES**

This matter is before the Court on Plaintiff's *pro se* Letter. (Doc. 1). On August 18, 2025, the Clerk's Office mailed Plaintiff a blank § 1983 complaint form and application to proceed *in forma pauperis*, but Plaintiff has not returned the forms. Plaintiff must file a complaint within thirty (30) days of entry of this Order. By the same deadline, Plaintiff must also prepay the $405 filing fee or, alternatively, file an *in forma pauperis* motion along with an account statement reflecting transactions for a six-month period. *See* 28 U.S.C. § 1915(a)(2). Because mailings to Plaintiff were also returned as undeliverable (*see* Docs. 3, 4, 5 and 7), Plaintiff must confirm his current address in writing by the same deadline. All filings by Plaintiff should include the case number (25-cv-787-KG-GJF), and mailing envelopes should be labeled as Legal Mail and include the inmate number. Plaintiff's failure to timely comply with each directive above may result in dismissal without further notice.

**IT IS THEREFORE ORDERED** that within thirty (30) days of entry of this Order, Plaintiff must: (1) file a complaint on the § 1983 form; (2) prepay the $405 filing fee or, alternatively, submit an *in forma pauperis* motion that attaches an account statement reflecting

transactions for a six-month period; and (3) notify the Clerk in writing regarding his current address.

**SO ORDERED.**

THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE